# EXHIBIT C

1

2              IN THE UNITED STATES DISTRICT COURT

3            FOR THE NORTHERN DISTRICT OF GEORGIA

4                      ATLANTA DIVISION

5    JBS HAIR, INC.,                )
                                    )
6                 Plaintiff,        )No.1:21-CV-
                                    )01857-MLB
7                                   )
              vs.                   )
8                                   )
     SUN TAIYANG CO., LTD.,         )
9                                   )
                  Defendant.        )
10   ----------------------------

11

12

13

14          REMOTE VIDEOTAPED DEPOSITION OF
                30(b)(6) Sun Taiyang
15                Kyungja Kay Park
             Wednesday, November 30, 2022
16

17

18
     Reported by:
19   LISA M. MURACO
     JOB NO. 219779
20

21

22

23

24

25

Page 2

1
2            Wednesday, November 30, 2022
3                  9:00 a.m.
4
5
6        REMOTE Deposition of Kyungja Kay
7   Park, held VIA ZOOM, before LISA M. MURACO,
8   a Notary Public of the State of New York
9   and Florida.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1
2   A P P E A R A N C E S:
3   (REMOTE)
4
5        KENT & RISLEY LLC
6        Attorneys for Plaintiff
7            5755 N. Point Parkway
8            Alpharetta, Georgia 30022
9        BY:   OLIVIA MARBUTT, ESQ.
10            DANIEL KENT, ESQ.
11
12
13        PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
14        Attorneys for Defendant
15            525 B Street
16            San Diego, CA 92101
17        BY:   FREDERICK TAYLOR, ESQ.
18            ANTHONY DAIN, ESQ.
19
20   ALSO PRESENT:
21   Legal Video Specialist, Lem Lattimer
22
23   In-house Counsel, Stephen Jung
24
25

Page 4

                    K. Park
1
2        THE VIDEOGRAPHER:  Good morning,
3   Counselors.  My name is Lem Lattimer.  I'm
4   a legal videographer in association with
5   TSG Reporting Inc.  Because this is a
6   remote deposition, I will not be in the
7   same room with the witness.  Instead, I
8   will record this video-taped deposition
9   remotely.
10        The reporter, Lisa Muraco, also will
11   not be in the same room and will swear this
12   witness in remotely.
13        Do all parties stipulate to the
14   validity of this video recording and remote
15   swearing and that it will be admissible in
16   the courtroom as if it had been taken
17   following Rule 30 of the Federal Rules of
18   Civil Procedures and the State's rules
19   where this case is pending?
20        MR. KENT:  Yes for the plaintiff.
21        MR. TAYLOR:  The defendants will
22   also stipulate.
23        THE VIDEOGRAPHER:  Thank you.  This
24   is the start of media labeled Number 1 of
25   the video-recorded deposition of Kyungja

Page 5

                    K. Park
1
2        Kay Park in the matter of JBS Hair Inc.
3   versus SLI Production Corp.; JBS Hair Inc.
4   versus Hair Zone Inc.; and JBS Hair Inc.
5   versus Beauty Essence Inc., on November the
6   30, 2022, at approximately 9:15 a.m.  All
7   appearances have been noted on the record.
8        Will the court reporter please swear
9   in the witness.
10   K Y U N G J A   K A Y   P A R K, called as a
11   witness, having been duly sworn by a Notary
12   Public, was examined and testified as follows:
13   EXAMINATION BY
14   MR. KENT:
15        Q.   Good morning, Ms. Park.
16        A.   Good morning.
17        Q.   My name is Dan Kent.  I represent
18   the plaintiff JBS Hair in this case.
19        Can you tell me where are you
20   presently located?  Are you in New Jersey?
21        A.   I'm in New Jersey, yeah.
22        Q.   Okay.
23        And are you in a conference room
24   with your lawyer?
25        A.   Yes, I am.

K. Park

1
2       Q.      Yes.
3       A.      Sun Taiyang has -- can you repeat
4   it -- repeat the question again?
5       Q.      What documents does Sun Taiyang have
6   that relate to its pre-stretched braiding hair
7   products?
8       A.      Website, and we have a newsletter
9   and catalog.
10      Q.      Any others?
11      A.      That's it.
12      Q.      Does Sun Taiyang have purchase
13  orders for these products?
14      A.      Yes.
15      Q.      Does Sun Taiyang have communications
16  with its manufacturers about these products?
17      A.      Yes.
18      Q.      Does Sun Taiyang have spec sheets
19  about these products that it sends to its
20  manufacturers?
21      A.      What do you mean by spec sheet?
22      Q.      Does Sun Taiyang have any documents
23  that reflect the specifications for
24  manufacturing these products?
25      A.      We have instruction.

K. Park

1
2       Q.      And what are those instructions,
3   what are those documents?
4       A.      I -- I -- I don't -- I don't
5   remember -- I don't know the details of that
6   spec.
7       Q.      But do you know what documents there
8   are that reflect those specifications or
9   details?
10      A.      R&D correspondence.
11      Q.      Anything else?
12      A.      That would be all.
13      Q.      Does Sun Taiyang have invoices for
14  the sale of these products?
15      A.      Yes.
16      Q.      Does Sun Taiyang have financial
17  records reflecting the sales of these products?
18      A.      Financial records, yes.
19      Q.      What sort of financial records does
20  Sun Taiyang have?
21      A.      What do you mean by financial
22  records?
23      Q.      Well, when you just answered my
24  question, what did you mean by financial
25  records?

K. Park

1
2       A.      Financial records --
3           MR. TAYLOR:  Objection.  Vague and
4   ambiguous.
5       A.      Can you rephrase the question?
6       Q.      Does Sun Taiyang keep records that
7   show the quantity of these pre-stretched
8   braiding hair products that are sold?
9       A.      Yes.
10      Q.      Does Sun Taiyang keep records that
11  show the revenue associated with all such sales
12  of these pre-stretched braiding hair products?
13      A.      Yes.
14      Q.      Does Sun Taiyang use any sort of
15  financial or accounting software?
16      A.      Yes.
17      Q.      What document does Sun Taiyang use?
18      A.      We Microsoft Dynamics AX.
19      Q.      What sort of information is kept in
20  the Microsoft Dynamics AX concerning its
21  pre-stretched braiding hair products?
22          MR. TAYLOR:  Objection.  Vague and
23  ambiguous.
24      A.      In the system, sales.
25      Q.      Does it include revenues?

K. Park

1
2       A.      Yes.
3       Q.      Does it include costs?
4       A.      Yes.
5       Q.      Does it include projections of
6   potential future sales?
7       A.      No.
8       Q.      You mentioned earlier website
9   documents, and this is the website that we're
10  looking at of outre.com.
11          Are there any other websites that
12  relate to these pre-stretched braiding hair
13  products or this is it?
14      A.      This is it.
15      Q.      The images that we see on this
16  pre-stretched braid all page that we're looking
17  at, where do those images come from?
18      A.      Where it came from?
19      Q.      Yes.
20      A.      Which -- we have a photo shoot.
21      Q.      I'm sorry.  You have a what?
22      A.      It looks like design teams took a
23  photo of it and it looks like a graphic image
24  to me, mh-hm.
25      Q.      And you said the design team.

Page 46

```
 1                    K. Park
 2         MR. TAYLOR:  We are all done.
 3         THE VIDEOGRAPHER:  The time is
 4    10:11 a.m.  We are off the record.
 5           (Time Noted:  10:11 a.m.)
 6
 7
 8                   ---------------------
 9              Kyungja Kay Park
10
11   Subscribed and sworn to before me
12   this       day of              2012.
13
14   --------------------------------------
15
16
17
18
19
20
21
22
23
24
25
```

Page 47

```
 1
 2              C E R T I F I C A T E
 3
 4   STATE OF NEW YORK   )
 5                       ) ss.:
 6   COUNTY OF NEW YORK  )
 7
 8        I, LISA M. MURACO, a Notary Public
 9   within and for the State of New York and
10   Florida, do hereby certify:
11        That Kyungja Kay Park, the witness
12   whose deposition is hereinbefore set forth,
13   was duly sworn by me and that such
14   deposition is a true record of the
15   testimony given by such witness.
16        I further certify that I am not
17   related to any of the parties to this
18   action by blood or marriage; and that I am
19   in no way interested in the outcome of this
20   matter.
21        IN WITNESS WHEREOF, I have hereunto
22   set my hand this 12th day of December, 2022.
23                    -----------------
24              LISA M. MURACO
25
```

Page 48

```
 1
 2              I N D E X
 3
 4   WITNESS                          PAGE
 5   Kyungja Kay Park
 6   MR. KENT                          5
 7
 8            E X H I B I T S
 9   DESCRIPTION                      PAGE
10   Park Exhibit 1, Amended Notice of    9
     Rule 30(B)(6) Deposition
11
12   Park Exhibit 2, Website              45
13
14
15      QUESTIONS INSTRUCTED NOT TO ANSWER
16              Page    Line
17               17      8
                 19     10
18
19
20
21
22
23
24
25
```

Page 49

```
 1
 2        ERRATA SHEET FOR THE TRANSCRIPT OF:
     Case Name:     JBS v SLI, et al.
 3   Dep. Date:     Wednesday, November 30, 2022
     Deponent:      Kyungja Kay Park
 4
               CORRECTIONS:
 5
     Pg. Ln.  Now Reads       Should Read    Reason
 6   ___ ___  _____     _____     _____
 7   ___ ___  _____     _____     _____
 8   ___ ___  _____     _____     _____
 9   ___ ___  _____     _____     _____
10   ___ ___  _____     _____     _____
11   ___ ___  _____     _____     _____
12   ___ ___  _____     _____     _____
13   ___ ___  _____     _____     _____
14   ___ ___  _____     _____     _____
15   ___ ___  _____     _____     _____
16   ___ ___  _____     _____     _____
17
18                   _____
19                   Signature of Deponent
20   SUBSCRIBED AND SWORN BEFORE ME
21   THIS____DAY OF_____, 2022.
22
23   _____
24   (Notary Public)  MY COMMISSION EXPIRES:_____
25
```