IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JBS HAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUN TAIYANG CO., LTD. <br><br> Defendant. | CIVIL ACTION <br><br> NO. 1:21-CV-01857-MLB <br><br> **JURY TRIAL DEMANDED** |

## JOINT REPRESENTATION REGARDING DEFENDANT'S FINANCIAL DISCLOSURES TO DATE

Counsel for Plaintiff JBS Hair, Inc. ("JBS") and Defendant Sun Taiyang Co., Ltd. ("ST") submit this Joint Representation regarding Defendant's disclosure of financial documents and information to date pursuant to the Court's hearing on the parties' Joint Statement Regarding Discovery Dispute [Dkt. 89].

JBS preliminarily identified the following patents against the following Accused Products in its Preliminary Infringement Contentions filed on August 11, 2021:

U.S. Patent No. 10,786,026: BraidBabe, Twisted Up, and X-Pression;

U.S. Patent No. 10,945,478: BraidBabe, Twisted Up, Braid Up, X-Pression, and Lil Looks;

U.S. Patent No. 10,980,301: BraidBabe, Twisted Up, Braid Up, X-Pression, and Lil Looks.

After some discovery, JBS identified the following products as Accused Products infringing its patents (each product may be offered in varying lengths and number of braids per package):

- Aire Prestretched Braid
- Braid Babe Pre-Stretched Braid
- Braid Up - Pre-Stretched Braid
- X-Pression Braid- Pre Stretched Braid
- X-Pression – Lil Looks – Prestretched Calming Braid
- X-Pression – Twisted Up - DIY Prestretched Braid
- X-Pression Ultra Braid

ST has produced the following sales, revenue, and cost information to date:

- A single spreadsheet (SUN_TAI_0006829, attached as Exhibit A) showing the aggregate total revenue, units sold, units imported, sale price per unit for the entire period of September 29, 2020 through July 31, 2023 (not broken down by year, quarter, or month) for each Accused Product and the inventory of each Accused Product as of September 6, 2023[1];

- A single spreadsheet showing sales, cost of goods, item margin, import cost, other cost, gross margin, total operating expense (broken down by freight out, rent, and other expenses), and income from operations for the aggregate of the Accused Products (e.g., not broken down for each Accused Product) by year (e.g., September 29, 2020 through December 31, 2020, January 1, 2021 through December 31, 2021, and January 1, 2022 through December 31, 2022), but not by quarter or by month (SUN_TAI_0006830, attached as Exhibit B);

- Interrogatory response showing gross revenue (not broken down by year, quarter, or month) for five Accused Products (BraidBabe (single

---

[1] Defendant has also produced this information for the period of September 29, 2020 through December 31, 2022 and provided its inventory as of December 31, 2022.

pack and three pack), Twisted Up, Braid Up, X-Pression Ultra Braid, and X-Pression Lil Looks Pre-Stretched ), but not all Accused Products, from September 29, 2020 through September 30, 2021 (not broken down by quarter or month) (Dkt. 89-2, Response to Interrogatory No. 2, dated November 2, 2021).  At the time of the Interrogatory response, those five products were the only accused products identified by JBS.

Respectfully submitted this 23d day of October, 2023.

| | |
|---|---|
| /s/ Olivia E. Marbutt | /s/Frederick K. Taylor |
| Daniel A. Kent<br>  dankent@kentrisley.com<br>  Telephone:  (404) 585-4214<br>  Facsimile:  (404) 829-2412<br>Samuel J. Najim<br>  samnajim@kentrisley.com<br>  Telephone:  (404) 855-3866<br>  Facsimile:  (678) 806-7126<br>Olivia E. Marbutt<br>  oliviamarbutt@kentrisley.com<br>  Telephone:  (404) 855-3865<br>  Facsimile:  (770) 538-1715<br><br>KENT & RISLEY LLC<br>5755 N Point Pkwy, Suite 57<br>Alpharetta, GA 30022<br><br>Attorneys for Plaintiff | Anthony J. Dain (admitted pro hac vice)<br>  anthony.dain@procopio.com<br>Frederick K. Taylor (admitted pro hac vice)<br>  fred.taylor@procopio.com<br>Raymond K. Chan (admitted pro hac vice)<br>  raymond.chan@procopio.com<br>**Procopio, Cory, Hargreaves & Savitch LLP**<br>525 B Street, Suite 2200<br>San Diego, CA 92101<br>Telephone: 619.238.1900<br>Facsimile: 619.235.0398<br><br>Coby S. Nixon<br>cnixon@taylorenglish.com<br>Georgia Bar No. 545005<br>Seth K. Trimble<br>strimble@taylorenglish.com<br>Georgia Bar No. 851055<br>**Taylor English Duma LLP**<br>1600 Parkwood Circle, Suite 200<br>Atlanta, GA 30339<br>Phone: (770) 434-6868<br>Fax: (770) 434-7376 |

4

Attorneys for Defendant