IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JBS HAIR, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SUN TAIYANG CO., LTD.,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 1:21-cv-01857-MLB<br><br>**JURY TRIAL DEMANDED** |
| JBS HAIR, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BEAUTY ELEMENTS, CORP.,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 1:21-cv-01859-MLB<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF FILING OF
RELATED CASE DISCOVERY ORDER**

Plaintiff JBS Hair, Inc. ("JBS" or "Plaintiff") hereby files as Exhibit A hereto the Order entered by United States Magistrate Judge André M. Espinosa on December 8, 2023, in the three cases pending in the United States District Court for the District of New Jersey that are related to the two above-styled cases pending in this Court. The New Jersey Court ordered the production of documents

and information largely consistent with what Plaintiff seeks in this Court. (Case No. 1:21-cv-01857, Dkt. Nos. 89 and 92; and Case No. 1:21-cv-01859, Dkt. Nos. 85 and 88).

This 18th day of December 2022.

/s/Daniel A. Kent
Daniel A. Kent
 dankent@kentrisley.com
 Tel:  (404) 585-4214
 Fax:  (404) 829-2412
Samuel J. Najim
 samnajim@kentrisley.com
 Tel:  (404) 855-3866
 Fax:  (678) 806-7126
Olivia E. Marbutt
 oliviamarbutt@kentrisley.com
 Tel: (404) 855-3865
 Fax: (404) 538-1715

KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Attorneys for Plaintiff