IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JBS HAIR, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SUN TAIYANG CO., LTD.,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 1:21-cv-01857-MLB<br><br>**JURY TRIAL DEMANDED** |
| JBS HAIR, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BEAUTY ELEMENTS, CORP.,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 1:21-cv-01859-MLB<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff JBS Hair, Inc. ("Plaintiff") and Defendants Sun Taiyang Co., Ltd. ("Sun Taiyang") and Beauty Elements, Corp. ("Beauty Elements") (collectively, "Defendants"), jointly and by consent move the Court for entry of the proposed scheduling order submitted herewith, which resets the deadlines for the close of fact discovery, expert reports, expert discovery, summary judgment motions, and

the pre-trial order, which were triggered by the Court's claim construction order dated May 3, 2024. The purpose of this joint motion is to adjust the deadlines in these two cases to better coordinate with the similar deadlines in the related cases pending in the District of New Jersey, and thereby to maximize the efficient use of resources by the parties, counsel, and their expert witnesses, as well as to accommodate the schedules of counsel for the Parties over the next few months and allow sufficient time for the parties to complete fact discovery. A similar order has already been entered in the New Jersey cases.

As a result of the foregoing, and for good cause shown, the parties jointly propose the following schedule for these cases moving forward:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Period Closes | June 17, 2024 | August 19, 2024 |
| Expert Reports Served on Issues for which the serving party bears the burden of proof | July 17, 2024 | October 1, 2024 |
| Expert Reports Served on Issues for which the opposing party bears the burden of proof | August 16, 2024 | November 13, 2024 |
| Expert Deposition Period ends | September 30, 2024 | December 16, 2024 |
| Conference After Discovery (LR 16.3) | October 10, 2024 | January 16, 2025 |
| Summary Judgment Motion deadline | October 30, 2024 | February 21, 2025 |

| Pre-Trial Conference | To be determined | No change |
|---|---|---|
| Trial | To be determined | No change |

The parties note that the rebuttal expert disclosures provided in this Court's Patent Local Rules have been removed from the schedule to further coordinate with the New Jersey court's cases, since that court's local patent rules do not provide for such rebuttal expert reports.

The Parties respectfully submit that good cause exists for this motion and for entry of the proposed amended scheduling order, and that neither are intended to inappropriately delay these cases.

A proposed Order is submitted herewith.

Respectfully submitted this 17th day of June 2024.

<table>
<tr><td>

/s/Daniel A. Kent
Daniel A. Kent
  dankent@kentrisley.com
  Tel: (404) 585-4214
  Fax: (404) 829-2412
Stephen R. Risley
  steverisley@kentrisley.com
  Tel: (404) 585-2101
  Fax: (404) 389-9402
Olivia E. Marbutt
  oliviamarbutt@kentrisley.com
  Tel: (404) 855-3865
  Fax: (404) 538-1715

KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Attorneys for Plaintiff

</td><td>

/s/Coby S. Nixon (w/permission)
Anthony J. Dain
  (admitted pro hac vice)
  anthony.dain@procopio.com
Frederick K. Taylor
  (admitted pro hac vice)
  fred.taylor@procopio.com
PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Coby S. Nixon
cnixon@taylorenglish.com
Georgia Bar No. 545005
Seth K. Trimble

</td></tr>
</table>

| | |
|---|---|
| JBS Hair, Inc. | strimble@taylorenglish.com |
| | Georgia Bar No. 851055 |
| | W. Scott Creasman |
| | Georgia Bar No. 194860 |
| | TAYLOR ENGLISH DUMA LLP |
| | 1600 Parkwood Circle, Suite 200 |
| | Atlanta, GA 30339 |
| | Phone: (770) 434-6868 |
| | Fax: (770) 434-7376 |
| | |
| | Attorneys for Defendants |
| | Sun Taiyang Co., Ltd. and |
| | Beauty Elements Corp. |

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14 point font, in compliance with Local Rule 5.1C.

　　　　　　　　　　　　　　　　　　/s/Daniel A. Kent