# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JBS HAIR, INC., <br><br> Plaintiff <br><br> v. <br><br> SUN TAIYANG CO., LTD., <br><br> Defendant. | Civil Action File No.: <br> 1:21-cv-01857-MLB |
| JBS HAIR, INC., <br><br> Plaintiff <br><br> v. <br><br> BEAUTY ELEMENTS, CORP., <br><br> Defendant. | Civil Action File No.: <br> 1:21-cv-01859-MLB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.1(D), John W. Harbin (Georgia Bar No. 324130) of MEUNIER CARLIN & CURFMAN LLC, hereby enters his appearance as counsel of record for Plaintiff JBS Hair, Inc.

1

Dated: July 15, 2024

Respectfully submitted,

*/s/ John W. Harbin*
John W. Harbin
Georgia Bar No. 324130
Meunier Carlin & Curfman LLC
999 Peachtree Street NE
Suite 1300
Atlanta, Georgia 30309
Phone: 404-645-7700
Fax:  404-645-7707
jharbin@mcciplaw.com

*Attorney for Plaintiff JBS Hair, Inc.*