IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JBS HAIR, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SUN TAIYANG CO., LTD.,<br>　　　　　　　　Defendant.<br><br>JBS HAIR, INC.,<br>v.<br>　　　　　　　　Plaintiff,<br><br>BEAUTY ELEMENTS CORP.,<br>　　　　　　　　Defendant. | Civil Action No.<br>1:21-cv-01857-MLB<br><br><br><br><br><br><br><br>Civil Action No.<br>1:21-cv-01859-MLB |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY FOR SEPTEMBER 3, 2024 HEARING ON PARTIES JOINT STATEMENT (D.I.114)**

With the Court's indulgence, Plaintiff JBS Hair, Inc. writes to apprise the Court of the enclosed Order (Exhibit A) in the parallel litigations *JBS Hair, Inc. v. SLI Production IW Corp., Hair Zone, Inc. and Beauty Essence, Inc.*, 22-cv-1576, 1577, 1769 in the United States District Court for the District of New Jersey ("the New Jersey Litigation").[1] We believe this order is relevant to the Court's upcoming Hearing on September 3, 2024, on the parties Joint Statement (D.I. 114). The New Jersey Court's rulings are relevant at least because the Defendants

1

in this Court—Sun Taiyang Co., Ltd. ("Sun Taiyang") and Beauty Elements Corp. ("Beauty Elements")—and the Defendants in the New Jersey Litigation—Hair Zone, Inc. ("Hair Zone"), SLI Production IW Corp. ("SLI") and Beauty Essence, Inc. ("Beauty Essence")—are all part of the "Sun Group" and share directors and family ownership interests. After a hearing on August 20, 2024, the district court in the New Jersey Litigation ordered the related Defendants Hair Zone, SLI and Beauty Elements to produce similar information as to what is at issue in the discovery dispute pending before this Court.

First, the New Jersey Court ordered a Rule 30(b)(6) witness for a 2.5 hour deposition on "material produced by Defendants after the last set of Rule 30(b)(6) depositions and information relating to non-infringement alternatives." Ex. A, 2–3. This material and information includes the defendants' revenues, costs, and profits for their accused products for the infringement period, which was also addressed in the parties' Joint Statement to this Court (D.I. 114), and relating to non-infringing alternatives. The New Jersey court also ordered those defendants to produce the identification of alleged non-infringing alternatives and the period of sale during the infringement period, as well as revenues, costs and profits (only to the extent Defendants determined such profits in the ordinary course) for each alleged noninfringing alternative. Ex. A, 2. Finally, the New Jersey Court directed JBS Hair to review the prior transcript of a court hearing to determine if the New

2

Jersey court previously ruled on the issue of whether Plaintiff is entitled to discovery of the identification of Defendants' retail customers and addresses, and to renew its application for such discovery on or before September 3, 2024, if the court had not decided this precise question. *Id.* The New Jersey Court also extended the fact discovery deadline from August 19 to September 20, 2024, so that Plaintiff can complete the foregoing discovery. *Id.* at 3.

We are available to provide further explanation concerning the enclosed orders in the New Jersey litigation should the Court deem this necessary.

Respectfully submitted, this 23rd day of August 2024.

By: */s/Tony V. Pezzano*
Tony V. Pezzano, Esq. (admitted pro hac vice)
Jude A. Fry, Esq.
Mitchell R. Ghaneie, Esq.
Chintan A. Desai, Esq
Mark D. Klinko, Esq.
420 Lexington Avenue, Suite 2005
New York, New York 10170
T: (332) 345-4500
F: (518) 462-5260
E: tpezzano@lippes.com
E:  jfry@lippes.com
E: mghaneie@lippes.com
E: cdesai@lippes.com
E: mklinko@lippes.com


By: */s/ Warren J. Thomas*
Warren J. Thomas, Esq. Georgia Bar No. 164714
Meunier Carlin & Curfman, LLC
999 Peachtree NE
Suite 1300

3

Atlanta, Georgia 30309
T: (404) 645-7700
F: (404) 645-7707

Ted G. Semaya (admitted pro hac vice)
Semaya Law Firm
43 West 43rd Street, Suite 164
New York, New York 10036-7424
Tel.: 1.914.844.6480
E: ted@semayalaw.com

*Attorneys for Plaintiff*
JBS Hair, Inc.