IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JBS HAIR, INC.,**<br>　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**SUN TAIYANG CO., LTD.,**<br>　　　　　　　　**Defendant.** | **Civil Action No.**<br>**1:21-cv- 01857-MLB** |
| **JBS HAIR, INC.,**<br>v.<br>　　　　　　　　**Plaintiff,**<br><br>**BEAUTY ELEMENTS CORP.,**<br>　　　　　　　　**Defendant.** | **Civil Action No.**<br>**1:21-cv-01859-MLB** |

**NOTICE PROVIDING INFORMATION**
**AS DIRECTED IN DISCOVERY HEARING**

Pursuant to the Court's instruction at the September 3 discovery hearing, Plaintiff JBS Hair, Inc. submits the enclosed emails dated August 5, 2024, with Rule 30(b)(6) notices (Topic 25) of Defendants Sun Taiyang Co., Ltd. and Beauty Elements Corp. served on August 5, 2024 (collectively Exhibit A); and August 11, 2024 (Exhibit B). These exhibits show that requests for discovery of the identification of Defendants' customers (and their addresses) for the accused products were timely made before the close of fact discovery. JBS has highlighted relevant portions of Exhibits A and B for ease of reference.

1

Respectfully submitted, this 4th day of September 2024.

By: */s/ Tony V. Pezzano*
Tony V. Pezzano, Esq. (admitted pro hac vice)
Jude A. Fry, Esq.
Mitchell R. Ghaneie, Esq.
Chintan A. Desai, Esq
Mark D. Klinko, Esq.
Lippes Mathias LLP
420 Lexington Avenue, Suite 2005
New York, New York 10170
T: (332) 345-4500
F: (518) 462-5260
E: tpezzano@lippes.com
E: jfry@lippes.com
E: mghaneie@lippes.com
E: cdesai@lippes.com
E: mklinko@lippes.com


By: */s/ Warren J. Thomas*
Warren J. Thomas Georgia Bar No. 164714
Meunier Carlin & Curfman, LLC
999 Peachtree NE
Suite 1300
Atlanta, Georgia 30309
T: (404) 645-7700
F: (404) 645-7707

Ted G. Semaya (admitted pro hac vice)
Semaya Law Firm
43 West 43rd Street, Suite 164
New York, New York 10036-7424
Tel.: 1.914.844.6480
E: ted@semayalaw.com

*Attorneys for Plaintiff*
JBS Hair, Inc.