IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JBS HAIR, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SUN TAIYANG CO., LTD.,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 1:21-cv-01857-MLB<br><br>**JURY TRIAL DEMANDED** |
| JBS HAIR, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BEAUTY ELEMENTS, CORP.,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 1:21-cv-01859-MLB<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff JBS Hair, Inc. ("Plaintiff") and Defendants Sun Taiyang Co., Ltd. ("Sun Taiyang") and Beauty Elements, Corp. ("Beauty Elements") (collectively, "Defendants"), jointly and by consent move the Court for entry of the proposed scheduling order submitted herewith, which resets the deadline for Expert Reports Served on Issues for which the serving party bears the burden of proof from October 1 to October 15, 2024 in order to accommodate completion of additional Rule

1

30(b)(6) depositions ordered by the Court on September 24, 2024, so that they are completed in sufficient time prior to the service of such Expert Reports. This extension is consistent with the Court's instruction at the September 3, 2024 Hearing (ECF No. 121 at Tr. 33:22 – 34:2) and to adjust the deadlines in these two cases to coordinate with the similar extension for Expert Reports to October 15, 2024 in the related cases pending in the District of New Jersey, and thereby to maximize the efficient use of resources by the parties, counsel, and their expert witnesses. A similar order has already been entered in the New Jersey cases.

As a result of the foregoing, and for good cause shown, the parties jointly propose the following schedule for these cases moving forward:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Reports Served on Issues for which the serving party bears the burden of proof | October 1, 2024 | October 15, 2024 |
| Expert Reports Served on Issues for which the opposing party bears the burden of proof | November 13, 2024 | No change |
| Expert Deposition Period ends | December 16, 2024 | No change |
| Conference After Discovery (LR 16.3) | January 16, 2024 | No change |
| Summary Judgment Motion deadline | February 21, 2024 | No change |
| Pre-Trial Conference | To be determined | No change |
| Trial | To be determined | No change |

The Parties respectfully submit that good cause exists for this motion and for entry of the proposed amended scheduling order, and that neither are intended to inappropriately delay these cases. A proposed Order is submitted herewith.

Respectfully submitted this 26th day of September 2024.

/s/Tony V. Pezzano
Tony V. Pezzano, Esq.
(admitted pro hac vice)
Jude A. Fry, Esq.
Mitchell R. Ghaneie, Esq.
Chintan A. Desai, Esq
Mark D. Klinko, Esq.
420 Lexington Avenue, Suite 2005
New York, New York 10170
T: (332) 345-4500
F: (518) 462-5260
E: tpezzano@lippes.com
E: jfry@lippes.com
E: mghaneie@lippes.com
E: cdesai@lippes.com
E: mklinko@lippes.com


By: /s/ Warren J. Thomas
Warren J. Thomas, Esq. Georgia State Bar No. 164714
Meunier Carlin & Curfman, LLC 999 Peachtree NE
Suite 1300
Atlanta, Georgia 30309
T: (404) 645-7700
F: (404) 645-7707
Ted G. Semaya (admitted pro hac vice)
Semaya Law Firm
43 West 43rd Street, Suite 164
New York, New York 10036-7424
Tel.: 1.914.844.6480

/s/Coby S. Nixon (w/permission)
Anthony J. Dain
(admitted pro hac vice)
anthony.dain@procopio.com
Frederick K. Taylor
(admitted pro hac vice)
fred.taylor@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200 San Diego, CA 92101 Telephone: 619.238.1900
Facsimile: 619.235.0398

Coby S. Nixon
cnixon@buchalter.com
Georgia Bar No. 545005
Seth K. Trimble
strimble@buchalter.com
Georgia Bar No. 851055
BUCHALTER, PC
790 Stratforde Dr.
Atlanta, GA 30004
Phone: (404) 832-7533
Attorneys for Defendants
Sun Taiyang Co., Ltd. and
Beauty Elements Corp.

E: ted@semayalaw.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

*By: /s/ Tony V. Pezzano*