IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JBS HAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUN TAIYANG CO., LTD., <br><br> Defendant. | NO. 1:21-cv-01857-MLB |

**DECLARATION OF FREDERICK K. TAYLOR IN SUPPORT OF DEFENDANT SUN TAIYANG CO., LTD.'S MOTION TO STAY PROCEEDINGS**

1. I am an attorney at law and partner of the firm Procopio, Cory, Hargreaves & Savitch, LLP, counsel for Defendant Sun Taiyang Co., Ltd. ("Sun Taiyang") in the above-captioned actions. I am admitted *pro hac vice* to practice before the United States District Court for the District of Georgia. I have full knowledge of all of the matters set forth herein and I am authorized to make this declaration.

2. I submit this declaration in support of Sun Taiyang's motion for an Order to stay all proceedings now pending before the United States International Trade Commission ("ITC") entitled In the Matter of Certain Pre-Stretched Synthetic Braiding Hair and Packaging Therefor, Inv. No. 337-TA-1415.

3. A true and correct copy of the ITC Notice of Investigation (89 Fed. Reg. 73123 (Sep. 6, 2024)) is attached as Exhibit A.

4. A true and correct copy of the operative ITC Complaint in the ITC Investigation (89 Fed. Reg. 73123) is attached as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

| September 27, 2024 | */s/ Frederick K. Taylor* |
| --- | --- |
|  | Frederick K. Taylor |